CAMALA CORPORATION, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of KATHARINE SEYMOUR DAY and Another, as Executors, etc., of ALICE B. H. DAY, Deceased, and KATHARINE SEYMOUR DAY, Individually, Appellants, to Open, Vacate and Set Aside Decree Admitting Certain Paper Writings to Probate as the Last Will and Testament of ALICE D. JACKSON, Deceased. UNITED STATES TRUST COMPANY OF NEW YORK and Another, Individually and as Executors, etc., of ALICE D. JACKSON, Deceased, Respondents.— Orders affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 750.]

MAUDE A. RITCHIE, as Executrix, etc., of JOHN W. RITCHIE, Deceased, Respondent, v. CHARLES FRENKEL and WARD A. COHN, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEODORE SCHNEIDER and CARL VOGEL, Respondents, v. PETER J. BARTH Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL DYCHKEVICH, Suing on His Own Behalf and on Behalf of All Others Similarly Situated, etc., Appellant, v. THE RUSSIAN GREEK ORTHODOX NATIONAL ASSOCIATION, INC., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN S. MUNRO and ALEXANDER MUNRO, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY E. ROBINSON, Respondent, v. HINKLE STEEL CONSTRUCTION COMPANY, INC., and ELBERO CORPORATION, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application for an Order of Certiorari of IDEAL ROOF & SKYLIGHT WORKS, INC., and AARON HOCHRON, Appellants, v. WILLIAM E. WALSH and Others, Respondents. CORONET PROPERTIES, INC., Intervenor, Defendant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KENNETH M. SPENCE, as Trustee in Bankruptcy of ASBESTOS PRODUCTS CORPORATION, Respondent, v. CAPITOL NATIONAL BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN KENNEDY, Respondent, v. DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,153.25; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.